IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL FORD, | : |
| Plaintiff, | : |
| v. | : No. 5:20-cv-00424-MTT-MSH |
| UNIT MANAGER EASLEY, *et al.*, | : |
| Defendants. | : |

# ORDER

Plaintiff Michael Ford, a prisoner in Baldwin State Prison in Hardwick, Georgia, filed a handwritten document, which was docketed in this Court as a 42 U.S.C. § 1983 complaint. Compl., ECF No. 1. He did not, however, use the required civil rights complaint form. *See id.* Additionally, Plaintiff did not either pay the Court's filing fee or move to proceed in this action *in forma pauperis*. As a result, Plaintiff was ordered to complete and return a 42 U.S.C. § 1983 complaint form and either pay the filing fee or seek leave to proceed *in forma pauperis*. Order, ECF No. 6. Plaintiff was given twenty-one days to comply and was cautioned that his failure to do so could result in the dismissal of this action. *Id.*

Thereafter, Plaintiff did not file a recast complaint, pay the filing fee, or move to proceed *in forma pauperis* within the allotted time. Accordingly, Plaintiff was then ordered to show cause to the Court why this case should not be dismissed for failure to comply with the previous order. Order to Show Cause 1, ECF No. 8. Plaintiff was given twenty-one days to file his response and was cautioned that his failure to do so could result

in the dismissal of this case. *Id.* at 1-2.

More than twenty-one days have now passed since that order was entered, and Plaintiff has not responded to the show cause order or otherwise complied with the previous order. Thus, because Plaintiff has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 22nd day of February, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT